# United States Bankruptcy Court
## Northern District of Georgia

In re **Admirable Lawns Inc.** Debtor(s)

Case No.

Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David Whilby**, declare under penalty of perjury that I am the **Owner** of **Admirable Lawns Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **21st** day of **October**, 20**26**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Whilby**, **Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Whilby**, **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Whilby**, **Owner** of this Corporation is authorized and directed to employ **Shannon Worthy 733895**, attorney and the law firm of **Stanton and Worthy, LLC** to represent the corporation in such bankruptcy case."

Date **October 21, 2026**

Signed **/s/ David Whilby**
**David Whilby**

Resolution of Board of Directors
of
**Admirable Lawns Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Whilby**, **Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Whilby**, **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Whilby**, **Owner** of this Corporation is authorized and directed to employ **Shannon Worthy 733895**, attorney and the law firm of **Stanton and Worthy, LLC** to represent the corporation in such bankruptcy case.

Date **October 21, 2026** Signed ______________________

Date **October 21, 2026** Signed ______________________