**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Admirable Lawns Inc.**<br>Name | EIN **26–4388930** |
| United States Bankruptcy Court **Northern District of Georgia**<br>Court website: www.ganb.uscourts.gov | | Date case filed for chapter **7** **10/21/26** |
| Case number: **26–64208–bem** | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov). Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Admirable Lawns Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 2306 Greenside Dr<br>Austell, GA 30106 | |
| **4. Debtor's attorney**<br>Name and address | Shannon Charlmane Worthy<br>Stanton and Worthy, LLC<br>Suite 1400<br>191 Peachtree Street NE<br>Atlanta, GA 30303 | Contact phone 404–800–6415<br><br>Email: shannon.worthy@stantonandworthy.com |
| **5. Bankruptcy trustee**<br>Name and address | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305 | Contact phone (404) 926–0060 |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Vania S. Allen<br>Clerk of Court<br><br>1340 United States Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 | Office Hours: 8:00 a.m. – 4:00 p.m.<br><br>Court website: www.ganb.uscourts.gov<br><br>Contact phone 404–215–1000 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **November 30, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 627 912 5502, and Passcode 6497361809, OR call 1 (470) 924–8876**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

| | |
|---|---|
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-64208-bem
Admirable Lawns Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Oct 31, 2026 | Form ID: 309c | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Admirable Lawns Inc., 2306 Greenside Dr, Austell, GA 30106-8248 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: shannon.worthy@stantonandworthy.com | Oct 31 2026 23:06:00 | Shannon Charlmane Worthy, Stanton and Worthy, LLC, Suite 1400, 191 Peachtree Street NE, Atlanta, GA 30303 |
| tr | + | EDI: BSGHAYS.COM | Nov 01 2026 02:54:00 | S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305-4909 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 31 2026 23:06:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 26181240 | | EDI: GADEPTOFREV | Nov 01 2026 02:54:00 | Georgia Department Of Revenue, 1800 Century Blvd. NE, Atlanta, GA 30345 |
| 26181241 | + | EDI: IRS.COM | Nov 01 2026 02:51:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 26181243 | + | Email/Text: newbk@Regions.com | Oct 31 2026 23:06:00 | Regions Bank, 6637 Roswell Road, Atlanta, GA 30328-3103 |
| 26181691 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Oct 31 2026 23:06:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 26181242 | * | Internal Revenue Services, 401 West Peachtree Street NW, Atlanta, GA 30308 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters